76666.0386

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PMG INTERNATIONAL, LTD. § <br> § <br> **Plaintiff,** § <br> § <br> V. § <br> § <br> THE TRAVELERS INDEMNITY § <br> COMPANY OF AMERICA § <br> § <br> **Defendant** § | Civil Action No. 5:20-cv-52 |

### DEFENDANT THE TRAVELERS INDEMNITY COMPANY OF AMERICA'S NOTICE OF REMOVAL

Defendant THE TRAVELERS INDEMNITY COMPANY OF AMERICA, ("Travelers" or "Defendant"), files its Notice of Removal of this action from the 225th Judicial District Court, Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, the Court for the District and Division encompassing the place where the lawsuit is currently pending. In support of this removal, Defendant relies upon the Appendix Filed in Support of Defendant's Notice of Removal filed contemporaneously herewith and shows the following:

### I.
### INTRODUCTION

1. On December 5, 2019, Plaintiff PMG INTERNATIONAL, LTD. filed its original petition in the 225th Judicial District Court, Bexar County, Texas captioned *PMG International, Ltd. v. The Travelers Indemnity Company of America*, Cause Number 2019CI24902 (the "State Court Action").

2. Citation for the State Court Action served on Defendant Travelers on December 16, 2019.

76666.0386

## II.
## BASIS FOR REMOVAL

3.      This Court has original jurisdiction over this State Court Action, pursuant to 28 U.S.C. §1332(a), because it is a civil action between citizens of different states where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4.      The Plaintiff seeks monetary relief of over $200,000 but less than $1,000,000.00. *See* Exhibit A-1 at paragraph 4, page 1. Accordingly, the amount in controversy in this matter meets and exceeds the federal jurisdictional minimum of $75,000, exclusive of interest and costs.

5.      Plaintiff was at the time of the filing of this action, has been at all times since, and still is Limited Partnership organized to do business in Texas. *See* Exhibit A. For diversity purposes, the citizenship of a Limited Partnership is determined by the citizenship of all of its members. See *Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.,* 435 F.3d 51 (1st Cir. 2006); *Handelsman v. Bedford Village Assocs. Ltd. P'ship,* 213 F.3d 48 (2nd Cir. 2000); *Gen. Tech. Applications, Inc. v. Exro Ltda,* 388 F.3d 114 (4th Cir. 2004); *Homfeld II, L.L.C. v. Comair Holdings, Inc.,* 53 Fed. Appx. 731 (6th Cir. 2002); *Wise v. Wachovia Securities, LLC,* 450 F.3d 265 (7th Cir. 2006); *GMAC Commer. Credit LLC v. Dillard Dep't Stores, Inc.,* 357 F.3d 827 (8th Cir. 2004); *Johnson v. Columbia Props. Anchorage, LP,* 437 F.3d 894 (9th Cir. 2006); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.,* 374 F.3d 1020 (11th Cir. 2004). After extensive research, it appears that Plaintiff's General Partner, Periodical Licensing, Inc., is a Delaware Corporation. *See Exhibits "B" and "C".* The limited partner for Plaintiff is Socios Holdings, Ltd., a Texas Limited Partnership. *See Exhibit "D".*  The general partner of Socios Holdings, Ltd. is Periodical Licensing, Ltd. *See Exhibit "D".*

76666.0386

      6.      Defendant Travelers Indemnity Company of America at the time of the filing of this action, at the time of this removal, at all relevant times since and is currently, a citizen of the State of Connecticut because it is a Connecticut corporation with its principal place of business in the State of Connecticut.

      7.      This action may be removed to this Court pursuant to 28 USC §1441(a), which allows for the removal of any civil action brought in the state court of which the District Courts of the United States have original jurisdiction, by the defendant or the defendants, to the District Court of the United States for the district and division embracing the place where such action is pending.

      8.      This Notice of Removal is filed within thirty (30) days after service by Defendants of the State Court Action. This Notice of Removal is also been filed within one year of the filing of Plaintiffs' Original Petition by which the State Court Action was commenced. This Notice, therefore, if timely filed pursuant to 28 USC §1446 (b).

### III.
### PROCEDURAL REQUIREMENTS

      9.      In accordance with 28 USC section 1446 (D), Defendant will promptly give written notice of this Notice of Removal to Plaintiffs through counsel of record and file a copy of this Notice of Removal in the 225TH Judicial District Court, Bexar County, Texas.

      10.      Defendant reserves the right to amend or supplement this Notice of Removal.

      11.      The following are included in the Appendix filed contemporaneously with this Notice of Removal:

      (a)      an index of all documents that clearly identifies each document and indicates the date the document was filed in the State Court Action;

      (b)      a copy of the docket sheet in the State Court Action;

76666.0386

      (c)     a copy of each document filed in the State Court Action, except discovery material, arranged in chronological order according to the state court filing date; and

      (d)     a separately filed Supplement to JS 44 Civil Cover Sheet for Cases Removed from State District Court.

For the above reasons, Defendant gives notice of the removal of the State Court Action to this Court and respectfully request that this action proceed before this Court as though it had originally been instituted in this Court.

Dated: January 14, 2020

 

Respectfully submitted,

ADAMI, SHUFFIELD, SCHEIHING
   & BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone (210) 344-0500
Telecopier (210) 344-7228
bscheihing@adamilaw.com

By: _____
     ROBERT F. SCHEIHING
     State Bar No. 17736350

ATTORNEY FOR DEFENDANT

76666.0386

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure this ___14___ day of January, 2020:

Daniel O. Kustoff
Melanie H. Sanders
Taylor L. Crull
KUSTOFF & PHIPPS, LLP
4103 Parkdale
San Antonio, Texas 78229
dkustoffservice@kplegal.com
msanders@kplegal.com
tcrull@kplegal.com

                                                                _____
                                                                 ROBERT F. SCHEIHING